UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| STEPHEN BUSHANSKY, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) Case No. 4:17-CV-00869-ODS |
| v. | ) ) ) |
| GREAT PLAINS ENERGY INCORPORATED, TERRY BASSHAM, DAVID L. BODDE, RANDALL C. FERGUSON, JR., GARY D. FORSEE, SCOTT D. GRIMES, THOMAS D. HYDE, ANN D. MURTLOW, SANDRA J. PRICE, and JOHN J. SHERMAN, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action") with prejudice as to Plaintiff only, and without prejudice as to his claims on behalf of the putative class in the Action. Because this notice of dismissal is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: December 14, 2017

                                            **BELL LAW, LLC**

                          By: */s/ Bryce B. Bell*
                                  Bryce B. Bell    MO#66841
                                  2600 Grand Blvd., Suite 580
                                  Kansas City, Missouri 64108
                                  Telephone: (816) 886-8206
                                  Facsimile: (816) 817-8500
                                  Bryce@BellLawKC.com
                                  *Attorneys for Plaintiff*

**OF COUNSEL:**

**WEISSLAW LLP**
Richard A. Acocelli
Michael A. Rogovin
Kelly C. Keenan
Alexandra E. Eisig
1500 Broadway, 16th Floor
New York, New York 10036
T: (212) 682-3025
F: (212) 682-3010